

ORIGINAL

FILED

08/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0070

FILED

Case Number: PR 23-0070

AUG 1 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF GREGORY P. JOHNSON,

An Attorney at Law,

ORDER

Respondent

On January 26, 2023, the Office of Disciplinary Counsel (ODC) filed a formal disciplinary complaint with the Commission on Practice (Commission) against Montana attorney Gregory P. Johnson. The disciplinary complaint may be reviewed by any interested person in the office of the Clerk of this Court.

On February 6, 2023, Johnson tendered an admission and affidavit of consent pursuant to Rule 26(B)(3) of the Montana Rules for Lawyer Disciplinary Enforcement (MRLDE). Johnson acknowledged that the material facts of the complaint were true and that he had violated the Rules of Professional Conduct by failing to deposit unearned fees into his IOLTA account, as alleged by ODC.

After ODC concurred with Johnson's tendered admission, the Commission heard the matter on July 19, 2023. Johnson appeared in person and represented himself at the hearing.

On August 8, 2023, the Commission submitted to this Court its Findings of Fact, Conclusions of Law, and Recommendation for Discipline in which it recommended that this Court approve Johnson's conditional admission and enter an order imposing the agreed-upon discipline of public censure by this Court.

We agree with the Commission's recommendation. In his conditional admission, Johnson admitted that he accepted a retainer, consisting in part of advanced fees and costs, that he failed to place into his IOLTA account, instead incorrectly treating the entirety of the fees and costs as "earned upon receipt." Thus Johnson violated M. R. Pro. Cond. 1.15 and 1.18. In making its recommendation, the Commission notes that it does so hesitantly, as in most circumstances, it would not recommend public censure for an IOLTA

transgression that did not ultimately harm the client and where, as here, the attorney cooperated with ODC's investigation. However, the Commission found that a recommendation of public censure is warranted because Johnson was informally disciplined for a trust account violation in 2009 and ODC provided Johnson a violation warning in 2019.

Based upon the foregoing:

IT IS HEREBY ORDERED:

1. The Commission's Recommendation that we accept Johnson's Rule 26 tendered admission is ACCEPTED AND ADOPTED.

2. Johnson shall appear before this Court for a public censure to be administered in our Courtroom at 1:15 o'clock p.m. on September 12, 2023.

3. Johnson shall pay the costs incurred by ODC and the Commission in connection with this matter.

4. Johnson shall obey all laws and the Montana Rules of Professional Conduct, with any violations thereto constituting a violation of a court order resulting in further disciplinary action.

5. Pursuant to MRLDE 26(D), the Clerk of this Court is directed to file copies of Johnson's Conditional Admission and Affidavit of Consent, together with the Commission's Findings of Fact, Conclusions of Law, and Recommendations for Discipline.

The Clerk of this Court is directed to serve a copy of this Order of Discipline upon counsel for Gregory P. Johnson, and to provide copies to Disciplinary Counsel, the Office Administrator for the Commission on Practice, the Clerks of all the District Courts of the State of Montana, each District Court Judge in the State of Montana, the Clerk of the Federal District Court for the District of Montana, the Clerk of the Circuit Court of Appeals of the Ninth Circuit, and the Executive Director of the State Bar of Montana.

DATED this 16 day of August, 2023.

_____
Chief Justice

2

_____

_____

_____

_____

_____

_____
Justices